UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

HASIM SMITH ET AL.

Defendants.

---

22-cr-352 (JSR)

ERRATUM

JED S. RAKOFF, U.S.D.J.:

The Court's prior Order (Dkt. 96) that defendant Hasim Smith be released on a personal recognizance bond secured by three financially responsible persons, and subject to various conditions including home incarceration, misstated the place where Defendant Hasim Smith shall reside pending trial. The first condition of release (reflected in the first bullet point on page 3 of the Court's prior order) is hereby corrected as follows:

- Home incarceration at the residence he shares with Eleanor Smith and their daughter, to be subject to full electronic monitoring. Defendant shall not be allowed to leave the place of home incarceration except for necessary meetings with counsel or medical appointments, and only then with the express pre-approval of Pretrial Services. Any (pre-approved) travel shall be restricted to the Southern and Eastern Districts of New York

SO ORDERED.

New York, NY
November 9, 2022

JED S. RAKOFF, U.S.D.J.