```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 22-cr-352 (JSR) |
| HASIM SMITH et al., | ORDER |
| Defendants. | |

JED S. RAKOFF, U.S.D.J.:

Defendant Hasim Smith has moved by letter motion for a modification of his bail status from "home incarceration" -- which does not allow out-of-home visits except in very narrow pre-approved circumstances -- to "home detention," which would also allow him the opportunity to work outside the home. Presently, Mr. Smith has an interview scheduled for Tuesday, March 21, 2023. Pretrial services approves the request.

The Court orders that Mr. Smith be permitted to leave home to attend the Tuesday, 3/21/23 interview; however, his bail status shall remain otherwise unaltered at the present time. In the event he is offered a job, he should reapply for whatever further relief is needed.

SO ORDERED.

New York, NY
March 20, 2023

JED S. RAKOFF, U.S.D.J.

1

 

# THE NDLC LAW FIRM, PLLC

3542 Eastchester Road  
Bronx, New York 10469

Tel. No.: 646. 973.0812  
Fax No.: 347.402.0214  
Email: nelson@ndlclawpllc.com

March 17, 2023

VIA ECF

Hon. Jed S. Rakoff, U.S.D.C.J.  
United States District Court – Southern District of New York  
500 Pearl Street  
New York, NY 10007-1312

In Re: United States v. Hasim Smith - 22-CR-352 (JSR)

Dear Judge Rakoff:

  I represent Mr. Hasim Smith ("Hasim") in the above-referenced matter.

  At the conclusion of Hasim's change of plea hearing, I requested that Hasim be afforded the opportunity to change his bail conditions so that he can procure employment in order to assist him in economically supporting his family. At that time, the Court suggested that Hasim first identify a specific opportunity then confer with pre-trial services and the government before re-applying to the for the requested relief.

  Hasim has an opportunity to interview for a Direct Support Professional position with The Guild for Exceptional Children and Adults this coming Tuesday March 21, 2023. However, in order to avail himself of this interview and opportunity, a change in his bail conditions from home incarceration to home detention is necessary. I have discussed this matter with the Pre-Trial Services Office and the United States Attorney's Office. Pre-trial Services does not oppose the change in bail conditions and the government defers to Pre-Trial Services.

  Accordingly, it is respectfully requested that Hasim's bail conditions be modified to home confinement.

                Respectfully,

                Nelson De La Cruz, Esq./s/

Cc: Mr. Hasim Smith  
   United States' Attorney's Office  
   Francesca Piperato, Pre-Trial Detention