UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA,

        -v-                              22-cr-352 (JSR)

HASIM SMITH et al.,                      ORDER

            Defendants.
```

JED S. RAKOFF, U.S.D.J.:

    Defendant Hasim Smith renews his motion for a modification of his bail status from "home incarceration" -- which does not allow out-of-home visits except in very narrow pre-approved circumstances -- to "home detention," which would also allow him the opportunity to leave the home for employment purposes (pre-approved jobs and job interviews). Pretrial Services supports the downgrade, and the Government defers to Pretrial Services. The Court grants Mr. Smith's motion and modifies his bail status to "home detention." Mr. Smith may therefore leave his home but only for employment activities, medical and/or legal meetings, and in each case only with the prior approval of Pretrial Services. Mr. Smith must continue to seek court approval to leave the home for any other reason.

    SO ORDERED.

New York, NY
April 7, 2023                            JED S. RAKOFF, U.S.D.J.

1